# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

JERRY ROLLINS OGLESBY, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO.: CV214-162
)
GREG NOBLES, Sheriff, Long )
County; STEVE SIKES, Sheriff, )
Liberty County; and TOM DURDEN, )
District Attorney, )
)
    Respondents. )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Jerry Oglesby ("Oglesby") filed Objections. A review of Oglesby's Objections indicates that he did not exhaust his state remedies prior to filing this cause of action, as required by 28 U.S.C. § 2254. It also appears that Oglesby is attacking, in part, a divorce/child custody proceeding; however, domestic relations cases are not the type of court proceedings which can be challenged pursuant to section 2254. See 28 U.S.C. § 2254. Rather, it appears that filing a petition for writ of mandamus in a Georgia court may be the course of action Oglesby should take. O.C.G.A. § 9-6-20. Further, it appears that the minor child involved in this case is Oglesby's niece. Nevertheless, Oglesby fails to show that he has standing to argue on his niece's behalf, even if this Court could

AO 72A
(Rev. 8/82)

entertain the merits of his claims. Finally, to the extent Oglesby sets forth claims which are cognizable pursuant to 42 U.S.C. § 1983, this Court cannot review the merits of any such claims unless and until Oglesby shows that the charges against him have been dismissed or that any conviction on those charges has been overturned.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Oglesby's pleading, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)